F I L E D
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JAN 2 3 2006

DAVID J. MALAND, CLERK

BY
DEPUTY _____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JERRY MACK DORROUGH | : | Civil Action No. PJM-06-0053 |
| | | 6:06cv 34 |
| Petitioner | : | |
| v. | : | |
| UNITED STATES PAROLE COMM'N | : | |
| Respondent | : | |

oo0Ooo

## MEMORANDUM

Pending is a pro se 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus[1] filed on April 11,

2006, by Jerry Mack Dorrough, a prisoner confined in the Smith County Jail in Tyler, Texas.[2]

Petitioner challenges his confinement pending revocation of his parole.[3]

Courts may grant a writ of habeas corpus "within their respective jurisdictions." 28 U.S.C.

§ 2241(a). This means that in a § 2241 action, the petition must be filed in the district court of the

district where petitioner is in custody. See Braden v. 30th Judicial Circuit, 410 U.S. 484, 495-500

---

[1]     Petitioner has also filed for leave to proceed in forma pauperis. (Paper No. 2). The
Court will not rule on this motion, so that the transferee court may examine and rule on it in
accordance with that court's local practice.

[2]     It does not appear that Petitioner was convicted of any offenses before this Court.
In 1963, Jerry Mack Dorrough pleaded guilty to robbery of a postal employee and putting the
life of a postal employee in jeopardy during a robbery in violation of 18 U.S.C. § 2114. After his
release on parole in November of 1978, he fled and eluded authorities until his arrest in May of
1999. See U.S. v. Dorrough 101 Fed. Appx. 974, 975 (5th Cir. 2004) (unpublished ). It appears
that Petitioner has completed his term of incarceration but remains under the supervision of the
United States Parole Commission.

[3]     Petitioner, a self-described "68-year-old veteran" is a pro se litigant, and this
court has endeavored to accord his petition liberal construction. See Haines v. Kerner 404 U.S.
519, 520 (1972). This lengthy, prolix pleading is, however, difficult to discern.

(1973).  In this case, Petitioner is in the custody of the Warden at the Smith County Jail in Tyler,

Texas.  That facility is located within the jurisdiction of the United States District Court for the

Eastern District of Texas.  Accordingly, this matter will be transferred to that court for all

proceedings that may be appropriate.  A separate order follows.


____1/17/06____                                              _____/s/_____
DATE                                                                      PETER J. MESSITTE
                                                                 UNITED STATES DISTRICT JUDGE


I hereby attest and certify on  01/19/2006
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my
legal custody
                    FELICIA C. CANNON
          CLERK, U. S. DISTRICT COURT
                 DISTRICT OF MARYLAND

By_____ Deputy